THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* FRANK WESTLAKE, Appellant.

Submitted January 21, 1946; decided January 24, 1946.

*Frank Westlake,* in person, for motion.
No one opposed.

Motion dismissed upon the ground that defendant's case has not been determined by the Appellate Division.

In the Matter of the Claim of EWALD SCHMIDT, Respondent, against WOLF CONTRACTING CO., INC., et al., Appellants.

STATE INDUSTRIAL BOARD, Respondent.

Argued January 10, 1946; decided January 25, 1946.

*Charles M. Arak, Edward R. Finch* and *John O. Wingrave* for appellants.

*Nathaniel L. Goldstein, Attorney-General (Roy Wiedersum, Orrin G. Judd* and *Gilbert M. Landy* of counsel), for Workmen's Compensation Board, respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and MEDALIE, JJ.